No. 02–8650. SWYGERT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 02–8665. GRESHAM *v.* CHANDLER, WARDEN. C. A. 5th Cir. Certiorari denied. ▮

No. 02–8669. LOPEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 02–8670. LINDSEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 02–8672. THREATS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 02–8673. RUBIO-GUIDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 02–8674. CAMPBELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 02–8675. WILLINGHAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 02–8679. GADDIE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 02–8684. CRAWFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 02–8685. CARLSEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–8689. MORENO-FLORES *v.* UNITED STATES; DOMINGUEZ-VILLARREAL *v.* UNITED STATES; HURTADO-HILARIO, AKA HERRERA-GARCIA *v.* UNITED STATES; IGLESIAS-VASQUEZ *v.* UNITED STATES; ARANDA-PEREZ *v.* UNITED STATES; TAPIA-TIBURCIO *v.* UNITED STATES; GIRON-NAVAS, AKA RAMIREZ, AKA MARTINEZ *v.* UNITED STATES; MALDONADO-RAMIREZ *v.* UNITED STATES; and VILLAREAL-RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 407 (second, third, and seventh judgments), 408 (first, fourth, fifth, sixth, and ninth judgments), and 409 (eighth judgment).

No. 02–8690. MEJIA-DIAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮